Dismissed and Memorandum Opinion filed November 30, 2006








Dismissed
and Memorandum Opinion filed November 30, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00862-CV

____________

 

TEXAS CLIPS, INC. and ROBERT D. HARRY, Appellants

 

V.

 

SAGE LOUETTA, LTD., SAGE INTERESTS, INC., WEITZMAN
GROUP, INC., and DAVID STUKALIN Appellees

 

 



 

On Appeal from the
113th District Court

Harris
County, Texas

Trial Court Cause
No. 2004-32729

 



 

M E M O R A N D U M  O P I N I O N








This is
an appeal from a judgment signed September 5, 2006.  The notice of appeal was
filed on October 2, 2006.  To date, our records show that appellants have
neither established indigence nor paid the $125.00 appellate filing fee.  See
Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent);Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals, Misc.
Docket No. 98-9120 (Tex. Jul. 21, 1998) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same). 

On November 2, 2006, this court ordered appellants to pay
the filing fee.  See Tex.
R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  To date,
appellants have not responded.  On November 7, 2006, appellee notified the court that the parties had
settled the case.  Accordingly, the appeal is ordered dismissed. 

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
November 30, 2006.

Panel consists of Chief Justice Hedges and Justices
Yates and Seymore.